**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

CEDRIC LEONARD PORTER, :
:
Plaintiff, :
:
v. :
: CASE NO.: 7:26-CV-00149-WLS
CHARLIE MAE PORTER, *et al.*, :
:
Defendants. :
______________________________________:

**ORDER**

On September 8, 2026, the Court denied Plaintiff Cedric Leonard Porter's application to proceed *in forma pauperis*. (Doc. 7.) The Court thus instructed Porter that, to proceed with his case, he had to pay the filing fee within twenty-one days, or by September 29, 2026. (*Id.* at 2.) The Court also notified Porter that if he did not timely pay the filing fee, the action may be dismissed without further notice or proceedings. (*Id.*) To date, Porter has not paid the filing fee.

The Court will allow Porter a final opportunity to pay the fill filing fee. He must pay the fee within **fourteen days** of the entry of this Order, or by no later than **Wednesday, October 21, 2026**. The Court once again notices Porter that failure to timely comply with this Order will result in dismissal without further notice or proceeding.

**SO ORDERED**, this 7th day of October, 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**