**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| PORTER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | CASE NO.: 7:26-CV-00149-WLS |
| PORTER, *et al.* | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**

On September 9, 2026, the Court denied Plaintiff Cedric Porter's application to proceed *in forma pauperis*. (Doc. 7.) The Court thus instructed Porter that, to proceed with his case, he had to pay the filing fee within twenty-one days, or by September 29, 2026. (*Id.* at 2.) The Court also notified Porter that if he did not timely pay the filing fee, the action may be dismissed without further notice or proceeding. (*Id.*) As of September 29, 2026, Porter had not paid the filing fee. The Court thus extended a final opportunity to pay the filing fee within fourteen days of October 7, 2026. (Doc. 8.)

Those fourteen days have passed, and Porter has not paid the filing fee. The Court therefore **DISMISSES** the case without prejudice.

**SO ORDERED**, this 26th day of October, 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**